## PARTITION.

[Hamilton Circuit Court.]

### ROBERT KIRBY V. MARY KIRBY ET AL.

PARTITION AFFIRMED WHEN RECORD DOES NOT SHOW ERROR.

> Unless the record in a partition suit shows that the commissioners have not acted in conformity to law or have acted, in prejudice of the rights of any of the parties, or that the testimony taken clearly showed that the partition made was unfair or unequal, the order of common pleas confirming, the partition will be affirmed.

HEARD ON ERROR.

*L. C. Black*, for plaintiff in error.

*C. W. Baker*, contra.

The matters complained of were: (1.) Want of equity in the partition reported. (2.) The value of the property on the corner of Vine and Fourteenth streets is unnecessarily reduced by dividing the tract, when it is of much greater value as a whole, and should not be set off to one party as a single tract. (3.) The said tract was so divided as to leave the property assigned to Robert Kirby encumbered by a wall which supports the building on the property set off to the other party, thus leaving the property set off to Robert Kirby encumbered.

SMITH, J.

We are of the opinion that the record in this case does not show that in any respect the commissioners appointed to make a partition of the lands held by the parties hereto, as tenants in common, have not acted in conformity of law or in prejudice of the rights of any of the parties, or that the testimony taken clearly showed that the partition made was unfair or unequal. To justify us in holding, it must be manifest from the evidence that such was the case, and it does not so appear. The order of the common pleas court confirming the partition made will therefore be affirmed.